UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | 3:22SW31 |
| INFORMATION ASSOCIATED WITH ) | |
| M.ATIF.AKHTAR@GMAIL.COM AND ) | |
| AKHTARMA@GMAIL.COM THAT IS ) | |
| STORED AT PREMISES CONTROLLED ) | |
| BY GOOGLE, LLC ) | |

## ORDER

Upon motion by the United States, and for good cause shown, the government's proposed, redacted affidavit in support of its executed search warrant shall be filed and unsealed. The Court finds the affidavit contains information that could potentially identify the victim in a stalking investigation and that no alternative to redaction is adequate. The Court further orders the original affidavit to remain under seal.

Accordingly, the Motion to File Redacted Affidavit In Support of Executed Search Warrant is **GRANTED**. *See* Fed.R.Crim.R. 49 and Local Criminal R. 47(C).

It is so **ORDERED**.

ENTERED this ____ day of December ____ 2022.

_____
HONORABLE ELIZABETH W. HANES
United States Magistrate Judge